## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

THOMAS E. PEREZ, Secretary of   )
Labor, United States Department  )
of Labor,   )
     )
    Plaintiff,   )
     )
v.   )   CASE NO. CV414-046
     )
LA NOPALERA MEXICAN RESTAURANT  )
#9, INC.; JAVIER VALENCIA, an  )
individual; and FRANCISCO  )
ESPINOZA, an individual;  )
     )
    Defendant.   )
_____)

**U. S. DISTRICT COURT**
**Southern District of Ga.**
**Filed in Office**

4|6 2015

**Deputy Clerk**

### O R D E R

Before the Court is the parties' Notice of Consent Judgment. (Doc. 23.) After careful consideration, the order is **APPROVED** and **ADOPTED** as the order of this Court. The Clerk of Court is **DIRECTED** to enter final judgment in accordance with the terms of the parties' Consent Judgment and close this case.

SO ORDERED this 6ᵗʰ day of April 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA