AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Thomas E. Perez, Secretary of Labor, United States Department of Labor

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-46

La Nopalera Mexican Restuarant #9, Inc.; Javier Valencia, an individual; and Francisco Expinoza, an individual

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Order entered on April 6, 2015, judgment is hereby entered as outlined in the terms of the consent judgment. This action is closed.

April 6, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk